UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81080-CIV-DIMITROULEAS

THE 2100 CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,
v.

LEXINGTON INSURANCE COMPANY,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Defendant's Motion to Compel Appraisal and to Stay Litigation [DE 18] and the Report and Recommendation of Magistrate Judge William Matthewman [DE 28], issued on October 22, 2020. The Court notes that no objections to the Report [DE 28] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 28] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 28] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 28] is hereby **ADOPTED** and **APPROVED**;

2. Defendant's Motion to Compel Appraisal and to Stay Litigation [DE 18] is hereby **GRANTED**;

3. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case during the pendency of the appraisal;

4. The parties shall file joint status reports on March 1, 2021, and every ninety (90) days thereafter regarding the status of the appraisal process.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of November, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Matthewman
Counsel of record